AO 450 (Rev. 5/85) Judgment in a Civil Case       ORIGINAL

# United States District Court
## Southern District of Georgia

KATHRYN A. HOFFMAN, M.D.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER:  CV198-96

TOGO D. WEST, JR.,
SECRETARY OF DEPARTMEN OF VETERANS
AFFAIRS,

    Defendant.

To Include Consolidated Case Numbers
CV198-108
CV198-109
CV198-110
CV198-130
CV198-131

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court of September 10, 1999, the Defendant's Motion for Summary Judgment is GRANTED and final judgment is ENTERED in favor of the Defendant. Costs are taxed against the Plaintiff. This civil action is CLOSED.

E.O.D.
9-10-99
DATE

INITIALS

September 10, 1999
Date

Henry R. Crumley, Jr.
Clerk

(By) Deputy Clerk

```
              UNITED STATES DISTRICT COURT
                Southern District of Georgia


       Case Number:     1:98-cv-00096
       Date Served:     September 10, 1999
       Served By:       Emmie S. Flanders

Attorneys Served:

       Kenneth C. Etheridge, Esq.
       Kathryn A. Hoffman
```

    ✓ Copy placed in Minutes

    ✓ Copy given to Judge

    ___ Copy given to Magistrate